**United States District Court**
**District of Connecticut**
450 MAIN STREET
HARTFORD, CONNECTICUT 06103-9998

CHAMBERS OF
**ROBERT N. CHATIGNY**
CHIEF JUDGE

(860) 240-3659

July 13, 2004

Hon. Mary M. Lisi
Judicial Conference of the United States
Chair, Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, DC 20544

Dear Judge Lisi:

In response to your letter dated July 7, 2004, the following additions can be made to my calendar year 2003 filing:

Part VII, page 1, line 8: Bernstein IRA Rollover - Cash

Part VII, page 5, line 73: ████████ Bank - Checking Account

Thank you for your assistance.

Very truly yours,

Robert N. Chatigny

RECEIVED
Jul. 21 11 22 AM '04
FINANCIAL
DISCLOSURE OFFICE

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics in Government Act of 1978 |
|---|---|---|
| | Calendar Year 2003 | (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)  Chatigny, Robert N | 2. Court or Organization  U.S. District of Connecticut | 3. Date of Report  5/11/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  District Judge (Active) | 5. ReportType (check appropriate type)  ○ Nomination,  Date  8/5/1994  ○ Initial  ◉ Annual  ○ Final | 6. Reporting Period  1/1/2003  to  12/31/2003 |
| 7. Chambers or Office Address  U.S. District Court  450 Main Street  Hartford, CT 06103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.  (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE  - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Secretary and Director | ████ U.S.A., Inc. |

## II. AGREEMENTS.  (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE  - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED MAY 13 11 31 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2003 | ███████████ Teacher |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Tumble Brook Country Club | Partial reduction/annual fees | $4,478 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N | 5/11/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.   Fleet Checking Acct. | A | Interest | J | T | | | | | |
| 2.   ████ U.S.A., Inc. Shares | A | None | K | W | | | | | |
| 3.   ████ Groves | | None | J | W | | | | | |
| 4.   Vanguard Windsor II Fund SEP IRA | A | Dividend | J | T | | | | | |
| 5.   Vanguard International Group Fund SEP IRA | A | Dividend | J | T | | | | | |
| 6.   Vanguard Windsor II Fund IRA | A | Dividend | J | T | | | | | |
| 7.   Vanguard International Growth Fund IRA | A | Dividend | J | T | | | | | |
| 8.   IRA Rollover - Cash | A | Interest | J | T | | | | | |
| 9.   Bernstein Intermediate Duration Portfolios | D | Dividend | M | T | Buy | 7/8 | J | | |
| 10.   Stock - Chubb Corp. | A | Dividend | J | T | | | | | |
| 11.   Stock - American Electric Power Co. Inc. | A | Dividend | J | T | | | | | |
| 12.   Stock - Supervalu Inc. | A | Dividend | J | T | | | | | |
| 13.   Stock - V F Corp. | A | Dividend | J | T | | | | | |
| 14.   Stock - Meadwestvaco Corp. | A | Dividend | J | T | | | | | |
| 15.   Stock - Lubrizol Corp. | A | Dividend | J | T | | | | | |
| 16.   Stock - CSX Corp. | A | Dividend | | | Sell | 8/6 | J | A | |
| 17.   Bernstein International Value Portfolio II | A | Dividend | L | T | Pt.sale | 11/1 | J | A | |
| 18.   Bank of America Corp. | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:       A = $1,000 or less       B = $1,001-$2,500       C = $2,501-$5,000       D = $5,001-$15,000       E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:       J = $15,000 or less       K = $15,001-$50,000       L = $50,001-$100,000       M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000       P4 = More than $50,000,000
3. Value Method Codes       Q = Appraisal       R = Cost (Real Estate Only)       S = Assessment       T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Chatigny, Robert N | 5/11/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. May Dept. Stores | A | Dividend | J | T | | | | | |
| 20. Arrow Electronics Inc. | | None | J | T | | | | | |
| 21. Dow Chemical | A | Dividend | | | Sell | 7/30 | J | A | |
| 22. Bernstein Diversified Municipal Portfolio | D | Dividend | M | T | Pt.sale | Var. | J | A | |
| 23. Stock - FNMA | A | Dividend | J | T | | | | | |
| 24. Stock - Supervalu Inc | A | Dividend | J | T | | | | | |
| 25. Stock - V F Corp | A | Dividend | J | T | | | | | |
| 26. Stock - Lubrizol Corp | A | Dividend | J | T | | | | | |
| 27. Stock - Avnet Inc | | None | J | T | | | | | |
| 28. Stock - Ashland Inc | A | Dividend | J | T | | | | | |
| 29. Connecticut State GO College Savings | A | Interest | J | T | | | | | |
| 30. Bernstein Custodian Cash | A | Interest | J | T | | | | | |
| 31. Connecticut State GO College Savings Plan | A | Interest | J | T | | | | | |
| 32. Bernstein International Value Portfolio | A | Dividend | M | T | | | | | |
| 33. Horse - 15% Ownership | | None | J | W | | | | | |
| 34. Bernstein Tax Managed International Value Portfolio | A | Dividend | K | T | | | | | |
| 35. Bank of America Corp | A | Dividend | | | Sell | 1/2 | J | A | |
| 36. Federated Dept. Stores | A | Dividend | J | T | Pt.sale | 10/6 | J | A | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
  (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
  (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
  (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N | 5/11/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Dow Chemical | A | Dividend | | | Sell | 2/14 | J | A | |
| 38. Temple-Inland Inc | A | Dividend | | | Sell | 7/10 | J | A. | |
| 39. Bernstein Short Dur DVSD Municipal Portfolio | A | Dividend | K | T | | | | | |
| 40. Bernstein Short Dur DVSD Municipal Portfolio | D | Dividend | M | T | Buy | 1/17 | K | | |
| 41. Bank One Corp | A | Dividend | J | T | Pt.sale | 8/16 | J | A | |
| 42. American Electric Power | A | Dividend | J | T | | | | | |
| 43. Wisconsin Energy Corp | A | Dividend | J | T | | | | | |
| 44. Sears Roebuck | A | Dividend | | | Sell | 5/30 | J | A | |
| 45. Cabot Corp | A | Dividend | | | Sell | 6/10 | J | A | |
| 46. Stock - Crown Holdings, Inc. | | None | J | T | | | | | |
| 47. Norfolk Southern Corp | A | Dividend | J | T | | | | | |
| 48. Occidental Petroleum | A | Dividend | J | T | | | | | |
| 49. Bank One Corp | A | Dividend | | | Sell | 2/13 | J | A. | |
| 50. Wisconsin Energy | A | Dividend | J | T | | | | | |
| 51. Goodyear Tire | | None | | | Sell | 1/6 | J | A | |
| 52. Sears Roebuck | A | Dividend | | | Sell | 5/30 | J | A. | |
| 53. Eastman Chemical | A | Dividend | | | Sell | 8/19 | J | A. | |
| 54. Millennium Chemical | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N | 5/11/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. Tech Data Corp | | None | J | T | | | | | |
| 56. Bernstein Tax Managed International Portfolio | A | Dividend | L | T | | | | | |
| 57. Fleet Checking Acct | | None | J | T | | | | | |
| 58. Genuine Parts Co | A | Dividend | J | T | | | | | |
| 59. Georgia Pacific Corp | A | Dividend | | | Sell | 6/20 | J | A | |
| 60. Georgia Pacific Corp | | None | | | Sell | 2/10 | J | A | |
| 61. Owens Illinois Inc New | | None | J | T | | | | | |
| 62. Sonoco Products Inc | A | Dividend | | | Sell | 6/10 | J | A | |
| 63. Thomas & Betts Corp | A | Dividend | J | T | | | | | |
| 64. Stock - Conoco Phillips | A | Dividend | J | T | | | | | |
| 65. Stock - Conoco Phillips | A | Dividend | J | T | | | | | |
| 66. Occidental Petroleum Corp-Del | A | Dividend | J | T | | | | | |
| 67. Genuine Parts Co | A | Dividend | J | T | | | | | |
| 68. Dana Corp | A | Dividend | | | Sell | 5/13 | J | A | |
| 69. Arrow Electronics Inc | | None | J | T | | | | | |
| 70. Burlington Northern Santa Fe | A | Dividend | J | T | | | | | |
| 71. CSX Corp | A | Dividend | | | Sell | 8/6 | J | A | |
| 72. Stock - Conoco Phillips | A | Dividend | | | Sell | 3/10 | J | A | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Chatigny, Robert N | 5/11/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Bank - Checking Account | A | Interest | J | T | | | | | |
| 74. Stock - National City Corp. | A | Dividend | J | T | | | | | |
| 75. Stock - Torchmark Corp. | A | Dividend | J | T | | | | | |
| 76. Stock - Wachovia Corp. 2nd New | A | Dividend | J | T | | | | | |
| 77. Stock - Washington Mutual Inc. | A | Dividend | | | Sell | 7/23 | J | A | |
| 78. Stock - Pfizer Inc. | A | Dividend | J | T | Buy | 4/24 | J | | |
| 79. Stock - Pharmacia Corp. | | None | | | Sell | 4/3 | J | A | |
| 80. Stock - Schering Plough Corp. | A | Dividend | | | Sell | 9/5 | J | A | |
| 81. Stock - Lear Corp. | | None | J | T | | | | | |
| 82. Stock - Liz Claiborne Inc. | A | Dividend | J | T | | | | | |
| 83. Stock - Hewlett Packard Co. | A | Dividend | J | T | | | | | |
| 84. Stock - Ingram Micro Inc. | | None | J | T | | | | | |
| 85. Stock - Nortel Networks Corp. | | None | J | T | | | | | |
| 86. Stock - Solectron Corp. | | None | J | T | Buy | 10/28 | J | | |
| 87. Stock - Tellabs Inc. | | None | J | T | | | | | |
| 88. Stock - Pulte Corp. | A | Dividend | | | Sell | 9/18 | J | A | |
| 89. Stock - Chubb Corp. | A | Dividend | J | T | | | | | |
| 90. Stock - Metlife Inc. | | None | | | Sell | 2/4 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Stock - Qwest Communications | | None | J | T | | | | | |
| 92. Stock - SBC Communications | A | Dividend | J | T | | | | | |
| 93. Stock - Constellation Energy | A | Dividend | J | T | | | | | |
| 94. Stock - Entergy Corp. | A | Dividend | J | T | | | | | |
| 95. Stock - Whirlpool Corp. | A | Dividend | J | T | | | | | |
| 96. Stock - Parker-Hannifin Corp. | A | Dividend | J | T | | | | | |
| 97. Stock - Corning Inc. | | None | J | T | | | | | |
| 98. Stock - Nortel Networks | | None | | | Sell | 10/7 | J | A | |
| 99. Stock - Tellabs Inc. | | None | J | T | | | | | |
| 100. Stock - Hewlett Packard | A | Dividend | J | T | Buy | 10/28 | J | | |
| 101. Stock - Martin Marietta Materials | A | Dividend | | | Sell | 9/23 | J | A | |
| 102. Stock - FNMA | A | Dividend | J | T | | | | | |
| 103. Stock - Golden West Financial | A | Dividend | J | T | | | | | |
| 104. Stock - Washington Mutual Inc. | A | Dividend | J | T | Pt.Sale | 12/9 | J | A | |
| 105. Stock - Allstate Corp. | A | Dividend | J | T | | | | | |
| 106. Stock - Partnerre Holdings | A | Dividend | J | T | | | | | |
| 107. Stock - Travelers Property | A | Dividend | J | T | | | | | |
| 108. Stock - Lehman Brothers Holdings | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes: Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2) U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N | 5/11/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. Stock - Metlife Inc. | | None | | | Sell | 2/4 | J | A | |
| 110. Stock - JP Morgan Chase | A | Dividend | | | Sell | 2/3 | J | A | |
| 111. Stock - Qwest Communications | | None | J | T | | | | | |
| 112. Stock - SBC Communications | A | Dividend | | | Sell | 9/23 | J | A | |
| 113. Stock - Sprint Corp. | A | Dividend | J | T | Buy | 4/16 | J | | |
| 114. Stock - PPL Corporation | A | Dividend | J | T | | | | | |
| 115. Stock - TMP Worldwide | | None | | | Sell | 3/2 | J | A | |
| 116. Stock - Glaxo PLC | A | Dividend | J | T | Buy | 2/12 | J | | |
| 117. Stock - Schering Plough | A | Dividend | | | Sell | 9/5 | J | A | |
| 118. Stock - Cooper Industries | A | Dividend | J | T | | | | | |
| 119. Stock - Burlington Northern Santa Fe | A | Dividend | J | T | | | | | |
| 120. Stock - Renaissancere Holdings | A | Dividend | J | T | Buy | 6/18 | J | | |
| 121. Stock - Citigroup Inc. | A | Dividend | J | T | Buy | 9/16 | J | | |
| 122. Stock - Entergy Corp. | A | Dividend | J | T | Buy | 9/9 | J | | |
| 123. Stock - Comcast Corp. | | None | J | T | Buy | 6/18 | J | | |
| 124. Stock - Wyeth | A | Dividend | J | T | Buy | 10/28 | J | | |
| 125. Stock - Aventis | A | Dividend | J | T | Buy | 3/10 | J | | |
| 126. Stock - Kroger Co. | | None | J | T | Buy | 12/24 | J | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Chatigny, Robert N | 5/11/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. Stock - Safeway Inc. | | None | J | T | Buy | 2/5 | J | | |
| 128. Stock - Pepsico | | None | J | T | Buy | 10/7 | J | | |
| 129. Stock - General Electric | | None | J | T | Buy | 9/30 | J | | |
| 130. Stock - Flextronics International | | None | J | T | Buy | 7/30 | J | | |
| 131. Stock - Sanmina Corp. | | None | J | T | Buy | 7/3 | J | | |
| 132. Stock - Amoco | | None | J | T | Buy | 12/18 | J | | |
| 133. Stock - Valero Energy Corp. | A | Dividend | J | T | Buy | 11/2 | J | | |
| 134. Stock - Verizon Communications | A | Dividend | | | Buy/Sell | var | J | A | Buy 8/1, Sell 12/23 |
| 135. Stock - Federal Home Loan Mortgage | A | Dividend | J | T | Buy | 3/27 | J | | |
| 136. Stock - Renaissancere Holdings | A | Dividend | J | T | Buy | 6/18 | J | | |
| 137. Stock - Travelers Property Casualty | A | Dividend | J | T | Buy | 7/30 | J | | |
| 138. Stock - Lehman Brothers Holdings | A | Dividend | J | T | Buy | 2/25 | J | | |
| 139. Stock - Citigroup | A | Dividend | J | T | Buy | 9/16 | J | | |
| 140. Stock - Wachovia Corp. 2nd | A | Dividend | J | T | Buy | 3/7 | J | | |
| 141. Stock - Sprint Corp. | A | Dividend | J | T | Buy | 7/30 | J | | |
| 142. Stock - Sempra Energy | A | Dividend | J | T | Buy | 3/11 | J | | |
| 143. Stock - Comcast Corp. | | None | J | T | Buy | 6/17 | J | | |
| 144. Stock - Glaxo | A | Dividend | J | T | Buy | 6/13 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Chatigny, Robert N | 5/11/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. Stock - Pfizer | A | Dividend | J | T | Buy | 6/11 | J | | |
| 146. Stock - Wyeth | A | Dividend | J | T | Buy | 10/28 | J | | |
| 147. Stock - Johnson & Johnson | A | Dividend | J | T | Buy | 9/22 | J | | |
| 148. Stock - Pepsico | | None | J | T | Buy | 9/22 | J | | |
| 149. Stock - Sears Roebuck | A | Dividend | J | T | Buy | 3/10 | J | | |
| 150. Stock - Cooper Industries | A | Dividend | J | T | Buy | 3/10 | J | | |
| 151. Stock - General Electric | A | Dividend | J | T | Buy | 9/22 | J | | |
| 152. Stock - Flextronics International | | None | J | T | Buy | 7/30 | J | | |
| 153. Stock - Solectron Corp. | | None | J | T | Buy | 10/28 | J | | |
| 154. Stock - BP Amoco | | None | J | T | Buy | 12/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Part I.  Positions.  ████ U.S.A., Inc. is a Subchapter S Corporation wholly-owned and operated by ████ The company publishes and distributes educational picture cards.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Chatigny, Robert N | 5/11/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____     Date ___ 5/11/04 ___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

**FILING INSTRUCTIONS**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544